UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 19-3086-MWF(GJSx)**                          Dated: **May 30, 2019**

Title:      Theresa Brooke -*v*- Crown Jewel of Pacifica LLC

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

PROCEEDINGS (IN CHAMBERS):    COURT ORDER

In light of the Notice of Settlement [10] filed May 30, 2019, the Court sets a hearing on Order To Show Cause Re Dismissal for July 1, 2019 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                Initials of Deputy Clerk ___rs___
CIVIL - GEN